BEFORE THE THIRD DIVISION, JUNE 26, 1961

**No. 65839.**—International Expediters, Inc., et al. *v.* United States, protests 250410–K/6647, etc. (Chicago).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

**No. 65840.**—Balfour, Guthrie & Co., Ltd. *v.* United States, protests 262312–K and 269276–K (Laredo).

Opinion of DONLON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65841.**—United Sales Company *v.* United States, protest 270891–K/7192 (Chicago).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65842.**—Gallagher & Ascher Company et al. *v.* United States, protests 270918–K/7466, etc. (Chicago).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

**No. 65843.**—The Proctor & Gamble Manufacturing Company *v.* United States, protests 271023–K and 273599–K (Detroit).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.